pd-1652-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/15/2015 10:51:26 PM
Accepted 1/16/2015 1:19:00 PM
ABEL ACOSTA
CLERK

**PD – 1652-14**
**Appellate Docket Number:  13-13-00128-CR**
**Trial Court Case No.  12-CR-2371-E(S2)**

| | | |
|---|---|---|
| **GARY PARKER**<br>Petitioner<br>vs.<br><br>**THE STATE OF TEXAS**<br>Respondent | §<br>§<br>§<br>§<br>§<br>§ | **IN THE COURT OF**<br><br>**CRIMINAL APPEALS**<br><br>**OF TEXAS** |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW BY ONE DAY FOR TECHNOLOGICAL DIFFICULTIES WITH E-FILING

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Appellant, GARY PARKER, by and through his attorney of record, Virginia Koblizek Burt, in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's brief, pursuant to Rule 68.2(a),(c) of the *Texas Rules of Appellate Procedure*, and in compliance with Rule 10.5(b) of the *Texas Rules of Appellate Procedure*, and for good cause shows the following:

1. This case is on appeal from the 148th District Court of Nueces County, Texas.

2. The case below was styled *The State of Texas v. GARY PARKER*, and numbered 12-CR-2371-E(S2).

3. Appellant was convicted of Assault and punished under the Habitual Felony Offender Status statute and sentenced to seventy-five (75) years in prison.

4. The Court's Opinion was submitted November 13, 2014.  No Motion for Rehearing was filed. Appellant's petition is due today,

1

Monday, December 15, 2014.

5. This is counsel's second Motion for Extension request.

6. Appellant's counsel requests an extension of time to file the petition of one day from the due date, on today the **JANUARY 15, 2014.**

7. Appellate is currently incarcerated.

8. Appellant's counsel relies on the following facts as good cause for the requested extension: Appellant had technological difficulties filing the petition yesterday and thought it was a problem at first with the signal since counsel lives in the country and has trouble on raining, overcast days. After several hours of trying to file the petition, counsel drove to Corpus Christi, one hour away, to file it using the computer at my husband's workplace. It did not work on his computer either. I then went to the hospital to visit my father who has been critically ill since Christmas (and the initial reason for my first extension) and tried to file it from my computer while in the hospital, but it did not work. Since it was obviously the server and not my computer, I called the service but it was already after business hours. I therefore called the server the next day, today, and they were very helpful and assisted me in fixing my computer problem. I did not have the updated software, Silver light to correctly run the system and once installed my security software corrupted it somehow and the tech support had to personally enter my system and fix it himself. After over an hour on the phone, I was able to e-file my petition correctly. The late filing of one day is in

no way the fault of my client of for purposes of delay and counsel would respectfully ask the Court to also take into account the communications counsel had with the court's staff in trying to resolve this issue.

9.    **WHEREFORE, ALL PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to extend time to file Appellant's petition for discretionary review for one day, JANUARY 15**, 2014** and for such other and further relief as the court may deem appropriate.

Respectfully submitted,

/s/ Virginia Koblizek Burt
VIRGINIA KOBLIZEK BURT
Attorney at Law
P.O. Box 717
Sinton, Texas 78387
virginiak.burt@gmail.com
Telephone:  361-877-2048
State Bar No.: 00784411

## CERTIFICATE OF SERVICE

This is to certify that on January 15, 2014, a true and correct copy of the above and foregoing Motion To Extend Time to File Appellant's Petition for Discretionary Review for one day due to Technological Difficulties with E-Filing  was e-filed with the Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711 and served on the District Attorney's Office, Appellate Section, Nueces County, Texas by regular mail the same day.

/s/ Virginia Koblizek Burt
VIRGINIA KOBLIZEK BURT

3